MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA  94501
Tele:  510-523-4702
Fax:   510-747-1640

Attorney for the Plaintiff
United States of America

**GRANTED**
*[signature]*
Judge Maria-Elena James

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>CAROLYN M. THOMAS aka<br>CAROLYN MAE THOMAS<br><br>            Defendant(s). | **Case No. CV14-4177M**<br><br>DISMISSAL WITH PREJUDICE<br>Rule 41(a) FRCP |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

The claim herein having been compromised, you are hereby authorized and directed to enter herein a Dismissal With Prejudice.

Dated: December 5, 2014

                                              s/s
                                    By:  MICHAEL COSENTINO
                                    Attorney for the Plaintiff
                                    United States of America